IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20973
Conference Calendar
_____


ANTHONY R. LUCAS,

                                        Plaintiff-Appellant,

versus

CHARLES BACARISSE,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-504
- - - - - - - - - -
December 16, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Anthony R. Lucas, Texas prisoner # 665065, appeals from the district court's order granting summary judgment in favor of the defendant, Charles Bacarisse, in Lucas's civil rights complaint brought pursuant to 42 U.S.C. § 1983.  Lucas argues that Bacarisse, the Harris County, Texas, District Clerk, interfered with his constitutional right of access to the court.

    After close examination of the record, and consideration of the parties' arguments, we find no error in the district court's ruling granting summary judgment.  Nor do we find any merit in

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Lucas's claim that the district court erred by failing to grant his request for a stay in the proceedings to allow for further discovery.  See Exxon Corp. v. Crosby-Mississippi Resources, Ltd, 40 F.3d 1474, 1487 (5th Cir. 1995).  Accordingly, the district court's grant of summary judgment is AFFIRMED.